# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0248. THOMAS RAY DICKERSON v. THE STATE.**

Thomas Ray Dickerson filed this application for discretionary appeal, and he attached an order dated January 25, 2021, in which the trial court dismissed a motion for sentence modification.[1] In his application brief, Dickerson does not challenge this order; he challenges the revocation of his probation. We do not, however, have any revocation order before us.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment sought to be appealed. See OCGA § 5-6-35 (d); Court of Appeals Rule 31 (a). Without the revocation order, we are unable to ascertain that the application was filed within 30 days, which is a jurisdictional requirement. See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). On this record, we lack jurisdiction to consider Dickerson's challenge to his probation revocation, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/08/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Dickerson filed the discretionary application in the Supreme Court, which transferred the application to this Court. See Case No. S21D0751 (Feb. 23, 2021).